FILED

FEB 27 2020

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4:20CR00135 SRC/SPM |
| LAWRENCE R. ARNOWITZ, | ) ) | |
| Defendant. | ) ) | |

## ORDER

It appearing to the Court that the following defendant, to wit,

**LAWRENCE R. ARNOWITZ,**

has been indicted by the grand jury, and that the defendant has not yet been taken into custody, nor has the defendant yet given bail for the defendant's appearance to answer said indictment, it is by the Court ordered that said indictment shall be sealed and suppressed by the Clerk of the Court until said defendant is in custody, has given bail for the defendant's final appearance or, in accordance with local practice, the United States Attorney's Office has notified the Clerk's Office that there is no longer a reason to seal said indictment.

_____
UNITED STATES DISTRICT JUDGE

Dated this 27th day of February, 2020.