FILED
FEB 27 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. **4:20CR00135 SRC/SPM** |
| v. ) | |
| ) | |
| LAWRENCE R. ARNOWITZ, ) | |
| ) | |
| Defendant. ) | |

### GOVERNMENT'S ENTRY OF APPEARANCE

COMES NOW Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and hereby enter their appearance on behalf of the United States.

Respectfully submitted,

JEFFREY B. JENSEN
United States Attorney

*/s/ Hal Goldsmith*

HAL GOLDSMITH, #32984(MO)
hal.goldsmith@usdoj.gov
Assistant United States Attorney
111 South 10th Street, Room 20.333
St. Louis, Missouri 63102
(314) 539-2200