

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of Missouri*

---

HAL GOLDSMITH
*Assistant United States Attorney*

RECEIVED

MAR - 4 2020

U.S. District Court
Eastern District of MO

*Thomas F. Eagleton U.S. Courthouse*   Telephone: (314) 539-2200
*111 S. 10th Street, Rm. 20.333*             Fax: (314) 539-2777
*St. Louis, MO  63102*

March 4, 2020

Mr. Gregory J. Linhares, Clerk
United States District Court
111 S. 10th Street
St. Louis, MO  63102

    **Re:   United States v. Lawrence R. Arnowitz**
           **4:20-cr-00135 SRC SPM**

Mr. Linhares:

    The indictment above returned by the United States Grand Jury in the above captioned case on February 27, 2020, was ordered suppressed pending the apprehension of the defendant named herein.

    We are now informed that the indictment regarding the above defendant is no longer in need of being suppressed, therefore, the suppression of the indictment may be lifted. It is, therefore, directed that such be done.

                                             Very truly yours,

                                             JEFFREY B. JENSEN
                                             United States Attorney

                                             HAL GOLDSMITH, #32984MO
                                             Assistant United States Attorney

HG/pr