UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | No. 4:20-cr-00135-SRC-SPM-1 |
| ) | |
| **LAWRENCE R. ARNOWITZ,** ) | |
| ) | |
|     **Defendant.** ) | |

**MEMORANDUM**

Comes now Patrick T. Conroy, Attorney for Defendant and files suggestion of death in the above-described matter. Defendant passed away on May 6, 2021, in the City of St. Louis, Missouri.

        /s/ Patrick T. Conroy
Patrick T. Conroy #41160MO
Attorney for Defendant
14 South Central Ave., Suite 213
Clayton, Missouri 63105
Phone: (314) 863-6364
Fax:   (314) 353-0181
E-Mail: pconroy5007@aol.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the Office of the U.S. Attorney this 13th day of May, 2021.

        /s/ Patrick T. Conroy
Patrick T. Conroy #41160MO